# Exhibit A

US011398993B2

(12) **United States Patent**
**Persidsky**

(10) **Patent No.: US 11,398,993 B2**
(45) **Date of Patent: Jul. 26, 2022**

(54) **TWO-PART MESSAGING WITH SPECIFIED DELAY**

(71) Applicant: **Andre Maxim Persidsky**, San Francisco, CA (US)

(72) Inventor: **Andre Maxim Persidsky**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/882,442**

(22) Filed: **May 23, 2020**

(65) **Prior Publication Data**

US 2022/0060436 A1 Feb. 24, 2022

**Related U.S. Application Data**

(60) Provisional application No. 62/852,311, filed on May 24, 2019.

(51) **Int. Cl.**

| | |
|---|---|
| ***G06F 3/0482*** | (2013.01) |
| ***H04L 51/046*** | (2022.01) |
| ***H04L 9/40*** | (2022.01) |
| ***G06F 3/04847*** | (2022.01) |
| *G06F 16/22* | (2019.01) |

(52) **U.S. Cl.**

CPC .......... ***H04L 51/046*** (2013.01); ***G06F 3/0482*** (2013.01); ***G06F 3/04847*** (2013.01); ***H04L 63/123*** (2013.01); *G06F 16/22* (2019.01)

(58) **Field of Classification Search**

CPC ... H04L 51/046; H04L 63/123; G06F 3/0482; G06F 3/04847

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,017,292 | B1 | 3/2006 | Abelarde | |
| 9,443,231 | B2 | 9/2016 | McPhee | |
| 9,742,836 | B2 | 8/2017 | Zhang et al. | |
| 2014/0280588 | A1* | 9/2014 | McPhee | H04L 51/214 709/204 |
| 2017/0142214 | A1* | 5/2017 | Nanavati | G06Q 30/0251 |
| 2017/0149706 | A1* | 5/2017 | Amble | H04L 67/306 |
| 2018/0097752 | A1* | 4/2018 | Yates | H04L 51/214 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO2005015927 | A1 | 2/2005 |
| WO | WO2014068148 | A1 | 5/2014 |
| WO | WO2018146669 | A1 | 8/2018 |

* cited by examiner

*Primary Examiner* — Anil K Bhargava
(74) *Attorney, Agent, or Firm* — Stephen E. Zweig

(57) **ABSTRACT**

Examples for messaging with a specified delay by a system are described. In an example, the system comprises a server coupled to at least one user device. The server may receive a messaging information from a first user device. The messaging information may include a first and a second message and a timing information. The server generates a computing resource for the first message and the second message, and enables access to the first and the second message based on the timing information. For example, the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible.

**15 Claims, 8 Drawing Sheets**

500
Create your 2-part delayed message
Select a Teaser Animation
502
504
506
508
510
512
514
516
518
520
Preview
Send
Copy
522
Enter your Email
524

100
SERVER 102
PROCESSOR(S) 104
MACHINE-READABLE STORAGE MEDIUM 106
INSTRUCTION(S) 108
RECEIVE MESSAGING INFORMATION FROM FIRST USER DEVICE, WHEREIN MESSAGING INFORMATION COMPRISES FIRST MESSAGE, SECOND MESSAGE AND TIMING INFORMATION 112
GENERATE COMPUTING RESOURCE FOR FIRST MESSAGE AND SECOND MESSAGE 114
ENABLE ACCESS TO FIRST MESSAGE AND SECOND MESSAGE BASED ON TIMING INFORMATION 116
DATA 110
MESSAGING INFORMATION 118

FIG. 1



200
100
FIRST USER DEVICE 202
SERVER 102
INSTRUCTION(S) 108
FIRST MESSAGE 208
NETWORK 206
SECOND MESSAGE 210
TIMING INFORMATION 212
SECOND USER DEVICE 204
COMPUTING RESOURCE 214

FIG. 2



300
RECEIVING MESSAGING INFORMATION FROM FIRST USER DEVICE, WHEREIN MESSAGING INFORMATION COMPRISES FIRST MESSAGE, SECOND MESSAGE AND TIMING INFORMATION
302
VALIDATING RECEIVED MESSAGING INFORMATION
304
GENERATING COMPUTING RESOURCE FOR FIRST MESSAGE AND SECOND MESSAGE
306
ENABLING ACCESS TO COMPUTING RESOURCE FOR FIRST MESSAGE AND SECOND MESSAGE BASED ON TIMING INFORMATION
308

FIG. 3

400
RECEIVING MESSAGING INFORMATION FROM FIRST USER DEVICE, WHEREIN MESSAGING INFORMATION COMPRISES FIRST MESSAGE, SECOND MESSAGE AND TIMING INFORMATION 402
VALIDATING RECEIVED MESSAGING INFORMATION 404
STORING VALIDATED MESSAGING INFORMATION 406
GENERATING COMPUTING RESOURCE FOR FIRST MESSAGE AND SECOND MESSAGE, WHEREIN COMPUTING RESOURCE IS URL 408
PROVIDING COMPUTING RESOURCE TO FIRST USER DEVICE 410
MAKING FIRST MESSAGE ACCESSIBLE TO RECEIVER AT URL 412
IS SECOND ACCESS TIME ABSOLUTE? 414
YES
NO
CREATING A TASK FOR INITIATING COUNTDOWN TIMER BASED ON CERTAIN TRIGGERING EVENT 416
INITIATING TIMER 418
HAS COUNTDOWN TIMER REACHED '0' 420
NO
YES
MAKING SECOND MESSAG ACCESSIBLE AT THE GENERATED URL 422

FIG. 4



500
Create your 2-part delayed message
Select a Teaser Animation:
502
Your Teaser Message (this is available immediately):
Hey Brian, you won't believe the surprise I have in store for you!
504
Attach Teaser Image (optional)
506
Your Final Message (this is revealed at the time you select below):
I'm taking you to Disneyland next week!
508
Attach Final Image (optional)
510
Select a Reveal Time for your Final Message:
512
5 minutes after anyone opens the teaser message page
5 minutes from now
15 minutes after anyone opens the teaser message page
15 minutes from now
1 hour after anyone opens the teaser message page
1 hour from now
2 hours after anyone opens the teaser message page
2 hours from now ...
24 hours after anyone opens the teaser message page
24 hours from now (1 day)
48 hours after anyone opens the teaser message page
48 from now (2 days)
March 6th Tuesday
March 7th Wednesday
March 8th Thursday
514
1:00AM
2:00AM
3:00AM
4:00AM
5:00AM
516
520
518
Preview
Send
Copy
522
Enter your Email
524

FIG. 5



600

Safari
6:02 PM
New Message
Cancel
To:

602
604
You have received a SimmerNote http://simmernote.com/SimmerNote/previewData.php?id=fhgdf577Gghddggzdr57==
q w e r t y u i o p
a s d f g h j k l
z x c v b n m
123
space
@
.
return

FIG. 6



700A
700B
Hey Brian, you won't believe the surprise I have in store for you!
702
TEASER ANIMATION
704
Final Message Revealed In
1 day: 14 hours: 34 minutes: 28 seconds
706
View Final Message
712
Enter your Email or phone number
708
If you'd like a reminder when your final message is available, just enter your email or phone number and we'll notify you
Submit
Hey Brian, you won't believe the surprise I have in store for you!
REVEAL ANIMATION
710
Enter your Email or phone number
If you'd like a reminder when your final message is available, just enter your email or phone number and we'll notify you
Submit

FIG. 7A

FIG. 7B



800
802
804
806
Hey Brian, you won't believe the surprise I have in store for you!
I'm taking you to Disneyland next week!

FIG. 8

# TWO-PART MESSAGING WITH SPECIFIED DELAY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the priority benefit of U.S. provisional patent application No. 62/852,311 filed May 24, 2019, titled "Two part messaging platform with selectable delay"; the entire contents of the application is incorporated herein by reference.

## TECHNICAL FIELD

The present disclosure relates generally to messaging platforms; and more specifically, to systems and methods for messaging with a specified delay.

## BACKGROUND OF THE INVENTION

In recent years, scheduling platforms (or software) have been frequently employed for scheduling the sending of messages at a future point in time. Specifically, a scheduling platform enables a sender to specify a date and a time in the future for sending a message. Such delayed messages may be sent over e-mail, SMS, text messaging, mobile apps, IP messaging platforms, and the like. Subsequently, the scheduling platform automatically sends the message to a receiver at the specified date and time.

The scheduling platform, for example, can make communication with a receiver in another time-zone more convenient. Typically, by scheduling the date and time for sending the message, the sender is freed from having to send the message in real-time at a time that may be inconvenient, as well as reduces any chance of mistakenly forgetting to send the message.

However, conventional scheduling platforms do not always guarantee reliable accessibility of the message. For example, the delivery of a message may be interrupted due to a change in the receiver's communication link, such as an e-mail address, phone number, and the like. This case may be exacerbated by the fact that certain scheduling platforms allow the sender to specify a date and time for delivery of the message far into the future, for example, after one or more years. Furthermore, in many cases, the receiver may not be aware of the message scheduled by the sender. In such a case, the message may not be successfully delivered to the receiver, as the message may be prone to, for example, being overlooked, sent to spam, disregarded by the receiver, and so forth.

Therefore, in the light of the foregoing discussion, there exists a need to overcome aforementioned drawbacks associated with conventional scheduling platforms for sending messages.

## SUMMARY OF THE INVENTION

In one aspect, an embodiment of the present disclosure provides a system for messaging with a specified delay, the system comprising a server, the server being coupled to at least one user device, wherein the server:

- receives a messaging information from a first user device, wherein the messaging information comprises a first message, a second message, and a timing information;
- generates a computing resource for the first message and the second message; and

- enables access to the first and the second message based on the timing information, wherein
  - the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible.

In another aspect, an embodiment of the present disclosure provides a method for messaging with a specified delay, the method comprising:

- receiving a messaging information from a first user device, wherein the messaging information comprises a first message, a second message and a timing information;
- validating the received messaging information;
- generating a computing resource to the first message and the second message; and
- enabling access to the first and the second message based on the timing information.

The method is implemented using a system, wherein the system comprises a server coupled to at least one user device. For example, the server may be coupled to a first user device associated with a sender and a second user device associated with a receiver.

In yet another aspect, an embodiment of the present disclosure provides a non-transitory computer-readable medium comprising instructions executable by a processing resource for messaging with a specified delay, wherein the processing resource:

- receives a messaging information from a first user device, wherein the messaging information comprises a first message, a second message, and a timing information;
- generates a computing resource to the first message and the second message; and
- enables access to the first and the second message based on the timing information, wherein
  - the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible.

Additional aspects, advantages, features, and objects of the present disclosure would be made apparent from the drawings and the detailed description of the illustrative embodiments construed in conjunction with the appended claims that follow.

It will be appreciated that features of the present disclosure are susceptible to being combined in various combinations without departing from the scope of the present disclosure as defined by the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The summary above, as well as the following detailed description of illustrative embodiments, is better understood when read in conjunction with the appended drawings. For the purpose of illustrating the present disclosure, exemplary constructions of the disclosure are shown in the drawings. However, the present disclosure is not limited to specific methods and instrumentalities disclosed herein. Moreover, those in the art will understand that the drawings are not to scale. Wherever possible, like elements have been indicated by identical numbers.

Embodiments of the present disclosure will now be described, by way of example only, with reference to the following diagrams wherein:

FIG. **1** is an illustration of a system for messaging with a specified delay, as per an example;

FIG. **2** is an illustration of an environment where a system for messaging with a specified delay is implemented, as per an example;

FIG. **3** is a method for messaging with a specified delay, as per an example;

FIG. **4** is an example method for messaging with a specified delay, as per an example;

FIG. **5** is an illustration of a user interface provided by a system for messaging with a specified delay, as per an example;

FIG. **6** is an illustration of a user interface at a first user device, as per an example; and

FIGS. **7**A, **7**B, and **8** are illustrations of user interfaces provided at a computing resource where two-part message with a specified delay is accessed, as per various examples.

In the accompanying drawings, an underlined number is employed to represent an item over which the underlined number is positioned or an item to which the underlined number is adjacent. A non-underlined number relates to an item identified by a line linking the non-underlined number to the item. When a number is non-underlined and accompanied by an associated arrow, the non-underlined number is used to identify a general item at which the arrow is pointing.

## DETAILED DESCRIPTION OF THE INVENTION

The present disclosure seeks to provide a system and method for messaging with a specified delay. The present disclosure aims to provide a solution to the existing problem of unreliable delivery of a scheduled message, such as due to change of a communication link of the receiver. An aim of the present disclosure is to provide a solution that overcomes at least partially the problems encountered in the prior art by providing a system that enables a sender to create and schedule a two-part message, wherein the server ensures that the two-part message is reliably accessible with the specified delay.

The following detailed description illustrates embodiments of the present disclosure and ways in which they can be implemented. Although some modes of carrying out the present disclosure have been disclosed, those skilled in the art would recognize that other embodiments for carrying out or practicing the present disclosure are also possible.

Embodiments of the present disclosure substantially eliminate or at least partially address the aforementioned problems in the prior art, by enabling a sender to create and schedule a two-part message with a specified delay. The specified delay prescribes a time interval between making a first message and a second message accessible. In an example, the first message (may also be referred to as, teaser message) may form an introduction message which a receiver can immediately view, prior to viewing of a second message (may also be referred to as, reveal message) after it becomes accessible. Consequently, making the first message accessible before the second message provides an in-advance reminder or notice to a receiver, to be aware of the upcoming second message, reducing instances of oversight of such a message. Such a specified delay may also create a desirable state of suspense and intrigue for the receiver and thus may increase interest in the contents of the scheduled second message.

The system generates a computing resource for the first and the second messages, wherein the second message is made accessible to the receiver at the computing resource after the specified delay. Such a computing resource may be previously or immediately provided to the receiver, ensuring that the receiver may access the second message even in the distant future, regardless if the communication link of the receiver has changed.

Advantageously, the present subject matter provides a new communication platform between two or more participants, wherein the specified delay may be known to the participants in advance. The platform may create a sense of suspense and intrigue, in anticipation of the second message being revealed.

Notably, the message refers to a verbal, written or recorded communication. Pursuant to the present disclosure, the message may be an electronic communication. Further, the message may be in form of, for example, text, image, audio, video, GIF, animation, and so forth. As would be understood, a message is typically sent by a sender and is intended to be received by a receiver. In the present disclosure, the sender may be a user of a first user device, whereas the receiver may be a user of a second user device. It is to be noted that a user may be a person or a bot.

For example, the present subject matter may be employed for scheduling of accessibility of a message at a near or distant time in future. Examples of events during which the present subject matter may be implemented may include, but are not limited to, birthdays, anniversaries, holidays, surprises, e-gifts, reminders, tickets, invitations, special events, product launches, marketing messages, business announcements, confessions, pranks, and personal announcements.

In operation, a sender, i.e., the user of the first user device, may create and schedule a message to be accessed by the receiver, i.e., the user of the second user device. In accordance with the present disclosure, the message is constituted in the messaging information. In this regard, the messaging information includes a first message, a second message, and timing information. In an example, the sender may upload the messaging information using a user interface of the system, that may be displayed on a display of the first user device. Subsequently, the messaging information is received by the server, wherein the server may validate and store the messaging information.

Thereafter, the server may process the messaging information. For example, the server may generate a computing resource for the first and the second message. In an example, the computing resource may be an address on the Internet (such as a Uniform Resource Locator (URL), name, or a combination thereof), necessary supportive bandwidth, storage, database entries, processing power (for example, CPU processing power), a screen within a software application, and the like. In an implementation, a single URL may be generated for accessing the first and the second message. Further, the first and the second message along with the URL may be stored within a database of the server. Furthermore, the server may identify, from the timing information, a first access time at which the first message is to be made accessible, and a second access time at which the second message is to be made accessible. In certain cases, the timing information may include only the second access time. In such case, the first message may be made accessible at the first access time that may be instantly after generating the URL.

For example, a URL is generated for the first and the second message, wherein the URL points to a web page for accessing the first message and the second message. Further, on such a web page, the second message is made accessible at the second access time, wherein the second access time is a time in the future with respect to the first access time at which the first message is made accessible.

Once the first message is made accessible, the server may identify if the second access time for the accessibility of the second message is absolute or relative. In an example, the identification may be made based on timing information provided by the sender, within the messaging information. As would be understood, the sender may specify a nature of the second access time while creating and scheduling the two-part message via the first user device. In one example, when the second access time may be absolute, the server may initiate a countdown timer for the second access time upon creation of the complete two-part message, i.e., receiving the messaging information from the sender, and generating the computing resource for the first and the second message, and providing accessibility for the first message. In another example, when the second access time may be relative, the countdown timer may initiate a countdown for the second access time only upon the receiver viewing the first message or accessing of the related computing resource. Further, the countdown timer for accessing the second message may be set in terms of, for example, seconds, minutes, hours, days, years, or a combination thereof. Thereafter, the server may make the second message accessible to the receiver, at the second access time, that may correspond to a time when the countdown timer for the second message reaches ‘0’.

In an implementation, the computing resource for the first and the second message, such as the URL, may be provided to the sender. The sender may, using the first user device, copy the computing resource. Further, the sender may manually or in an automated manner transmit (or send) the computing resource to a second user device associated with the receiver. The sender may send the URL by way of for example, text, SMS, email, post on a social network, or provide the URL into a mobile messaging app that both the sender and receiver may use for communication.

The above examples are further described in conjunction with appended figures. It should be noted that the description and figures merely illustrate the principles of the present subject matter. It will thus be appreciated that various arrangements that embody the principles of the present subject matter, although not explicitly described or shown herein, may be devised from the description, and are included within its scope.

Referring to FIG. **1**, there is shown an illustration of a system **100** for messaging with a specified delay, as per an example. The system **100** includes a server **102**. Further, the server **102** includes processor(s) **104**, and machine-readable storage medium **106** coupled to and accessible by processor(s) **104**. The machine-readable storage medium **106** stores instruction(s) **108** and data **110**, that are accessible by the processor(s) **104**. The system **100** may be implemented as a computing device or as a remote server. In an example, the server **102** may be a computing device for generating and storing of a computing resource, such as a URL for a two-part message, wherein the two-part message is to be made accessible with a specified delay between a first and a second message. Although not depicted, the server **102** may include other components, such as interfaces, to communicate over network with external storage or user devices, display, input/output interfaces, operating systems, applications, and the like, which have not been described for brevity.

The processor(s) **104** may be implemented as a dedicated processor, a shared processor, or a plurality of individual processors, some of which may be shared. The machine-readable storage medium **106** may be communicatively connected to the processor(s) **104**. The processor(s) **104** may fetch and execute computer-readable instructions (referred to as, instruction(s) **108**) stored in the machine-readable storage medium **106**. The machine-readable storage medium **106** may include any non-transitory computer readable medium including, for example, volatile memory such as RAM, or non-volatile memory such as EPROM, flash memory, hard disk, and the like.

Further, the system **100** (and thus, the server **102**) may be coupled to at least one user device (not shown in FIG. **1**), such as a first user device and a second user device. Typically, a user device is an electronic device associated with (or used by) a user that is capable of enabling the user to perform specific tasks associated with the aforementioned system. The user device may be broadly interpreted to include any electronic device that may be used for voice and/or data communication over a wireless communication network. Examples of the user device include, but are not limited to, cellular and mobile phones, personal digital assistants (PDAs), handheld devices, tablets, wireless modems, laptop computers, personal computers, desktop computers, smart watches, etc. Additionally, the user device may include, for example, a casing, a memory, a processor, a network interface card, a microphone, a speaker, a keypad, and a display. As mentioned previously, the first user device may be associated with a sender of a messaging information **118**, while the second user device may be associated with a receiver of messaging information **118**.

In operation, the processor(s) **104** may fetch and execute instruction(s) **108** to enable creation and scheduling of the two-part message with a specified delay. In an example, the instruction(s) **108** may include instruction **112** to receive the messaging information **118** from the first user device (or the sender). In the present example, the messaging information **118** may include a first message, a second message, and timing information. The first and the second message may constitute two-part message. For example, the first message may be a teaser message, whereas the second message may include a reveal message (or information). Further, the timing information may specify a second access time at which time the second message is to be made accessible to the second user device (or the receiver). Optionally, timing information may also specify a first access time for when to provide access to the first message. It may be noted that the access time defined in the timing information may be an absolute date and time or a relative date and time as previously described. The messaging information **118** received from the first user device may be stored within the machine-readable storage medium **106** of the server **102**, as messaging information **118**.

Continuing further, the instruction(s) **108** may include instructions **114** to generate a computing resource for the first message and the second message. For example, the computing resource may be an identifier, a name, a location such as an address on the internet (such as a Uniform Resource Locator (URL), name, or a combination thereof), necessary supportive bandwidth, storage, database entries, processing power (for example, CPU processing power), a screen within a software application, and the like. The instructions(s) **108** may include instructions **116** for enabling access to the first and the second message, using the timing information at the generated computing resource. In an example, the first message may be made accessible at first access time that may be instantaneous to receiving the messaging information **118**. Alternatively, first access time, at which the first message is to be made accessible, may be specified in the timing information of the messaging information **118**.

In response to making the first message accessible to the receiver via the second user device, instructions **116** may also be executed for scheduling accessibility for the second message. In an example, the server **102** may initiate a countdown timer for the second access time after making the first message accessible at the first access time. In certain cases, the countdown timer may be initiated when the first message is accessed or viewed, for example, by the receiver. Specifically, the countdown timer may set a countdown at the end of which the second message is to be made accessible. Furthermore, when the countdown timer reaches '0', then the server **102** may enable access to the second message. It may be noted that the first access time at which the first message is made accessible is prior the second access time at which the second message is made accessible, and as previously mentioned, the first access time may be omitted or correspond to a time at which the two-part message is created by the sender.

In the manner as described above, the two-part message may be transmitted to the receiver, via the second user device and computing resource. It may be noted that above approaches are provided in conjunction with several examples. However, the scope of the present subject matter should not be limited to only said examples. The other examples and the additional aspects are further described in conjunction with the remaining examples.

Referring to FIG. **2**, there is shown an illustration of an environment **200** where a system **100** for messaging with a specified delay is implemented, as per an example. The environment **200** includes the system **100**, a first user device **202** and a second user device **204**. The first user device **202** may provide the messaging information **118** for transmission to the second user device **204**. The server **102** of the system **100** may consequently handle the received messaging information **118** and transmit the two-part message to the second user device **204** with specified delay.

The system **100** (and thus, the server **102**), the first user device **202** and the second user device **204** may be communicatively coupled to each other via a network **206**. The network **206** may be a private network or a public network, such as an intranet or the internet, and may be implemented as a wired network, a wireless network, or a combination thereof.

The server **102** may include instruction(s) **108** for performing operations associated with the server **102**. In an example, the instruction(s) **108** may be fetched from machine-readable storage medium **106** and executed by processor(s) **104** included in the server **102** to cause the server **102** to perform various functions as described. Pursuant to present subject matter, the instruction(s) **108** may be fetched and executed on receiving the messaging information **118** from the first user device **202**, for transmission to the second user device **204**.

In operation, the server **102** of the system **100** receives the messaging information **118** from the first user device **202**. In an example, the messaging information **118** includes a first message **208** and a second message **210**. It may be noted that the first **208** and the second **210** message may constitute two-part message which is to be transmitted with a specified delay. Such delay may be prescribed within timing information **212** in the messaging information **118**. The timing information **212** may also include at least one of: first access time, second access time, a nature of the second access time (such as, absolute or relative), a specified delay between the first and the second access time, calendar information (such as, date, year, and the like) pertaining to the first and the second access time. Herein, the first access time corresponds to a time at which the first message **208** is to be made accessible, and the second access time corresponds to a time at which the second message **210** is to be made accessible. In certain cases, only second access time may be provided.

For example, the first message **208** may be a teaser (or an introductory) message, whereas the second message **210** may include a reveal message (or true or final information). Such a teaser message and reveal message may be implemented as two-part message. The present subject matter is further explained in conjunction with such an example. However, the present example is only indicative and should not be construed as limiting in any way. In another implementation of the present subject matter, both the first **208** and the second **210** message may include reveal information, in parts. In yet another implementation, the system may operate for a three-part message, four-part message, and the like, wherein a chain of reveal messages, each with their own access time and countdown timer, could be provided as part of an overall multi-part message.

Further, the server **102** may be implemented as a web page, a software application, or both. Moreover, the computing resource generated for the first **208** and the second **210** message may also be implemented as a web page or a page within a software application such as a mobile phone application, thus enabling convenient generation of the messaging information **118** by sender (that may be a user of the first user device **202**) and viewing of the first **208** and the second **210** message by the sender and/or receiver (that may be a user of the second user device **204**).

Continuing with the example, the server **102** may provide, on a display of the first user device **202**, a set of user-selectable options for generation of the messaging information **118**. For example, the first message **208** (referred to as, teaser message) and the second message **210** (referred to as, reveal message) may contain media files, such as images, videos, audio, animations, gifs, textual message, or a combination thereof. The teaser and the reveal message may also include, for example, URLs for other media on the Internet. In certain cases, the teaser message may also include an indication of the second access time at which the reveal message is to be made accessible to the receiver. In an example, such indication of the second access time may be implemented using a countdown timer operating in real-time. Further, the reveal message may include the reveal information.

In an implementation, the server **102** may display a plurality of animations on the display of the first user device **202**, via a user interface. Further, the sender via the first user device **202**, may select one or more from the plurality of animations to be transmitted as teaser message, a portion of teaser message, reveal message, or a portion of the reveal message. For example, the sender may specify the teaser message and the reveal message within fields corresponding thereto. For example, the sender may upload the teaser message, the reveal message, or a portion thereof, from a local memory of the first user device **202**. Alternatively, the sender may directly create the teaser message, reveal message, or a portion thereof, on the system **100**, using the first user device **202**. The server **102** may also provide user-selectable options to allow the sender to, for example, preview, edit, and instantly share the teaser message.

Returning to the present example, the server **102** may provide, on the display of the first user device **202**, a field for timing information **212**. In this regard, the field for timing information **212** may include a sub-field for the first access time, second access time, nature of the first and the second access time, delay between the first and the second access

time, and the like. The field for the first and the second access time may include, for example, a calendar control (for setting date, year) and a time control (for precisely setting the access time). Moreover, the timing information **214** may also include a field for an expiry time for any of the teaser and reveal message, after which the corresponding teaser and/or reveal message would not be accessible by the receiver. In certain cases, the server **102** may also provide a field for specifying a communication link associated with the sender.

Subsequently, the sender may submit such messaging information, wherein the server **102** receives and stores the messaging information as messaging information **118**. In certain cases, the server **102** may validate the messaging information **118** before storing it. In an example, the server **102** may validate the messaging information **118** by authenticating the sender or the first user device **202** using, for example, a password, one-time password (OTP), a passcode, a captcha, and the like. For example, the server **102** may store the messaging information **118** as a program constituting instructions.

Further, the server **102** may generate a computing resource **214** for the teaser and the reveal messages. In an example, the server **102** may assign a URL to the teaser and the reveal message. In an example, the generated URL may be copied by the sender, wherein the copying of the URL may store the URL within a local memory of the first user device **202**. In another example, the generated URL may be communicated to the sender using the communication link associated with the sender. Additionally, a secondary URL may be generated by system **100** and sent to the sender for subsequently editing of the two-part message. To this end, the sender may access the teaser and the reveal message after submission via, for example, by the generated URL that may be communicated or copied by the sender on generation thereof or by the secondary URL. For example, the sender may transmit the generated URL that may be communicated or copied on generation thereof to the receiver, such as via the second user device **204**.

Further, the sender may access the secondary URL generated for the first and the second message, for editing or deletion thereof, or for monitoring how many times the teaser and reveal messages have been viewed by the receiver. For example, the sender may specify the first and the second access time. In such a case, the sender may edit the first message before the specified first access time is reached, and may edit the second message before the specified second access time is reached. Furthermore, the sender may also edit the timing information, specifically, the first and second access time, specified delay, calendar information, and the like. It is to be noted that such change may only be allowed before the previously specified timing information is reached.

In one example, the server **102** may be implemented as a software application or mobile phone application. In such case, the server **102** may enable the sender to directly select the receiver, based on for example, user handle of the receiver, phone number of the receiver from a local memory (for example, contacts) of the first user device **202**, and the like. In this regard, the server **102** may transmit the generated computing resource (for example, URL) **214** for the teaser and reveal message to the receiver, via the second user device **204**.

Continuing further, the server **102** may make the teaser message accessible to the receiver at a first access time. In an example, the first access time may be instantaneous to generation of the URL for the teaser message at the first access time. In another example, the first access time may be specified by the sender within the timing information **212**. In an implementation, the computing resource **214** for the teaser and reveal messages, that is made accessible to the receiver, may include a comment section (not shown in FIG. **2**). Herein, the comment section may enable the receiver to converse with the sender or other receivers of the teaser and reveal messages. In another implementation, the computing resource **214** for the teaser message may include a reminder field for enabling the receiver to set a reminder, which is triggered when second message **210** (reveal message) becomes accessible (for example, when the countdown timer reaches **0**).

The server **102** may then initiate a countdown timer for the second access time at which the second message is to be made accessible. In certain cases, the countdown timer may also be indicated as a part of the teaser message (for example, at the URL of the teaser message).For example, the countdown timer may be initiated based on a nature of the second access time, i.e., if the second access time is absolute or relative. For example, in case of absolute nature of the second access time, the countdown timer may be initiated as soon as the messaging information **118** is received or the URL is generated. On the other hand, in case of relative nature of the second access time, the second access time may be dependent on the first access time or an action on the teaser message. In such case, the countdown timer may be initiated as soon as, for example, the first access time is reached, or the teaser message is accessed (or viewed) by the receiver. In one example, once the teaser message is viewed by the receiver, a time stamp corresponding to the action of viewing of the teaser message may be stored within the server **102** and the countdown timer may thus be initiated based on the time stamp.

Thereafter, when the countdown timer for the second access time reaches '0', the reveal message may be made accessible to the receiver (or the second user device **204**). It is to be noted that the reveal message is made accessible after a specified delay after the teaser message. Moreover, making the reveal message accessible may enable the receiver to access the reveal message after the specified delay.

For example, after the countdown timer for the second access time reaches '0', and when the receiver may be accessing the reveal message via the second user device **204**, an interim revelation media may first be played on the display of the second user device **204**, prior to providing access to second message **210** (or reveal message). Such interim revelation media may be implemented as, for example, opening of a gift box, drum rolls, rocket launch, unrolling of a carpet, an icon, a fadeout, a graphic animation, a video, a GIF, or a static image, and the like. The interim revelation media may further fuel suspense and intrigue of the upcoming access to second message **210**. Further, the teaser message and the reveal message may be specified within, or implemented as, a web page or a software application, such as a mobile phone application.

For example, the server **102** may enable the sender to provide (or upload) at least one of: the first message **208**, the second message **210**, a portion of the first **208** or the second **210** message, the interim revelation media, or other data pertaining to the messaging information. The sender may upload the data pertaining to the messaging information from a local or cloud memory of the first user device **202**. In an example, the sender may upload a teaser media and a teaser animation as the first message **208**, the interim revelation media and a reveal media as the second message **210**.

Alternately, server **102** may provide a stock gallery of media choices for the sender to select from on the first user device for any of the aforementioned media elements.

Moreover, in an example, the server **102** may transmit an alert message to the receiver to notify the receiver when a first message **208** (or teaser message) is available for viewing. The receiver in turn may raise a request for a reminder message for when the second message **210** (or reveal message) becomes accessible. The reminder message may be transmitted by the server **102** after the second message **210** is made accessible at the second access time at the generated computing resource **214**. In one example, the receiver may provide a communication link (for example, phone number, email address, account handle, a personal identifier, and the like) associated with the receiver within the reminder field to raise the request for the reminder message. For example, the reminder message may include the computing resource **214** (or URL) pertaining to the reveal message. Furthermore, the reminder message may be transmitted to the receiver as, for example, a push notification, pop-up notification, SMS, email, through a mobile phone app, and the like.

Referring to FIG. **3**, there is shown a method **300** for messaging with a specified delay, as per an example. The method **300** may be implemented via a system, such as the system **100**. At step **302**, a messaging information is received from a first user device. In an example, the messaging information may include a first message, a second message, and a timing information. At step **304**, the received messaging information is validated. At step **306**, a computing resource is generated for the first message and the second message. At step **308**, the computing resource for the first and the second message is made accessible based on the timing information. In an example, the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible.

The steps **302**, **304**, **306** and **308** are only illustrative and other alternatives can also be provided where one or more steps are added, one or more steps are removed, or one or more steps are provided in a different sequence without departing from the scope of the claims herein.

Referring to FIG. **4**, there is shown an example method **400** for messaging with specified delay, as per an example. The method **400** may be implemented via a system, such as the system **100**. At step **402**, a messaging information is received from a first user device. The messaging information includes a first message, a second message, and a timing information. At step **404**, the received messaging information is validated. At step **406**, the validated messaging information may be stored within, for example, a machine-readable storage medium of the system **100**. At step **408**, a computing resource is generated for the first message and the second message. In an example, the computing resource may be a URL. Alternately, the computing resource may be a screen within a software application. At step **410**, the generated computing resource (for example, the URL) may be transmitted to, or copied by a sender (user of the first user device). At step **412**, the first message may be made accessible on the URL, at a first access time. The URL may be provided to a receiver, by the sender. On determining the second access time, at which the second message is to be made accessible, to be not-absolute (or relative) at step **414**, the system **100** may create a task for initiating a countdown timer, as specified at step **416** based on a certain triggering event, such as the viewing of the first message. However, on determining the second access time to be absolute at the block **414**, the system may proceed to step **418** to initiate the

countdown timer. Thereafter, at block **420**, it is determined if the countdown timer has reached ‘0’. Moreover, once the countdown timer reaches ‘0’, the system **100** may make the second message accessible on the URL, as shown at step **422**, at a second access time specified by the sender within the timing information.

The steps **402**-**422** are only illustrative and other alternatives can also be provided where one or more steps are added, one or more steps are removed, or one or more steps are provided in a different sequence without departing from the scope of the claims herein.

Referring to FIGS. **5**-**8**, there are shown illustrations of user interfaces provided by a system (such as the system **100**) for messaging with specified delay, as per various examples.

FIG. **5** depicts a user interface (UI) **500** provided by a system (such as the system **100**) for generation or creation of a messaging information for a two-part message, as per an example. As shown, the UI **500** includes fields **502** for selecting a teaser animation and/or interim revelation media, **504** for entering a teaser message, and **506** for providing teaser media (such as an image, animation, video, audio, and the like). The UI **500** further includes fields **508** for entering a final message (or reveal message), and **510** for providing a final (or reveal) media (such as an image, animation, video, audio, and the like). Further, the UI **500** includes a field **512** for specifying timing information, wherein the timing information may also be specified using a calendar control **514** and a time control **516**. The UI **500** further provides user-selectable options for a preview **518**, a send **520**, and a copy **522** of the created two-part message in fields **502**-**516**. Moreover, the teaser message including the data prescribed in fields **502**, **504** and **506** are made accessible to a receiver instantly on receiving the generated computing resource or URL for the two-part message. The reveal message including the data prescribed in fields **508** and **510** are made available after the specified delay. The delay may be specified based on data in fields **512**, **514** and **516**.

FIG. **6** depicts a user interface (UI) **600** on a first user device, as per an example. For example, the UI **600** may be a mobile phone messaging app (such as, for sending text messages) within the first user device of the sender. As shown, UI **600** includes a standard message **602** that may be provided to the sender, in response to generation of the computing resource for the created two-part message. The computing resource may be the URL **604** that may be provided to the sender. For example, as shown in FIG. **6**, the standard message **602** including the URL **604** may be communicated to the sender by server **102** in response to creation of the messaging information (such as the messaging information **118**), by the sender using user-selectable options such as send **520** in FIG. **5**.

FIGS. **7**A and **7**B depict user interfaces (UIs) **700**A and **700**B provided at a computing resource where two-part message with a specified delay is accessed, as per an example. The computing resource may be generated by a system (such as the system **100**) on receiving a messaging information (or two-part message). The UI **700**A depicts a teaser message (or first message) on the generated computing resource. The computing resource may be a URL, or alternately, a screen within a software application. As would be understood, the URL may be implemented as a webpage. Further, the UI **700**A is made accessible at a first access time. As shown, the UI **700**A includes teaser message **702** and teaser animation **704**. The UI **700**A also includes a countdown timer **706** indicating a time at which the second message (or reveal message) is to be made accessible, and

a field **708** for specifying a communication link of a receiver for setting a reminder notification as previously discussed. The UI **700**B is made accessible just before or at the second access time, such as when the countdown timer **706** reaches '1' or '0'. Further, the UI **700**B includes interim revelation media **710**, wherein the interim revelation media functions as a suspenseful transition to the reveal message. Interim revelation media **710** may be implemented for example, as a video showing the opening of a gift box, drum rolls, rocket launch, unrolling of a carpet, an icon, a fadeout, or other transition effect, a graphic animation, other video, GIF, or static image, and the like for further fueling suspense and intrigue of the immanent access to the reveal message. Alternately, if no interim revelation media is specified by the sender, UI **700**B can be skipped by system **100**, so that after countdown timer **706** reaches **0**, the reveal message can be immediately shown, or alternately, a reveal control **712** may be provided on the teaser message page as shown in FIG. **7**A, such that when the receiver activates reveal control **712**, the reveal message is then displayed.

FIG. **8** depicts a user interface (UI) **800** provided at a computing resource where two-part message with a specified delay is accessed, as per an example. The computing resource may be generated by a system (such as the system **100**) on receiving a messaging information (or two-part message). As shown, the UI **800**, for example, a URL for the messaging information, provides access to a reveal message (or second message). Alternately, the UI may be a screen within a software application, such as a mobile phone application. Such access to the reveal message may be enabled at a second access time, or when a countdown timer (such as the countdown timer **706**) reaches '0'. As shown, the UI **800** may include the teaser message **802** as well as the reveal message **804** to display the complete two-part message. For example, the reveal message in addition to any text may also include a reveal media **806**, such as image, video, audio, or animation.

The present subject matter also discloses a non-transitory computer-readable medium comprising instructions executable by a processing resource for messaging with a specified delay. In an example, the non-transitory computer-readable medium may be implemented within the environment **200**. The non-transitory computer-readable medium may be, for example, an internal memory or an external memory device.

Although examples of present disclosure have been described in language specific to structural or operational features and/or methods, it should be understood that the appended claims are not necessarily limited to specific features or methods described. Rather, the specific features and methods are disclosed and explained as examples of the present disclosure.

The invention claimed is:

**1**. A system for messaging with a specified delay, the system comprising a server, the server being coupled to at least one user device;

wherein said server comprises at least one processor and computer memory, and said server is configured to:

receive a messaging information from a first user device, wherein the messaging information comprises a first message, a second message, and a timing information;

generate a computing resource for the first message and the second message; and

enables access to the first and the second message based on the timing information, wherein the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible;

wherein the server is further configured to:

initiate a countdown timer, based on the timing information, for access to the second message;

output the countdown timer within the computing resource for the first message; and

enable access to the second message based on said countdown timer.

**2**. The system of claim **1**, wherein the server is further configured to provides the generated computing resource for the first message and the second message to be stored within a local memory of the first user device.

**3**. The system of claim **1**, wherein the timing information comprises at least one of: the first access time, the second access time, a nature of the second access time, a specified delay between the first and the second access time, calendar information pertaining to the first and the second access time.

**4**. The system of claim **1**, wherein the server is further configured to:

validate the received messaging information; and

stores the validated messaging information within a database.

**5**. The system of claim **1**, wherein the server is further configured to provides a set of user-selectable options on the first user device, for generation of the messaging information.

**6**. The system of claim **1**, wherein the server is further figured to enables monitoring, editing and deletion of the messaging information, via the first user device.

**7**. The system of claim **1**, wherein the server is further configured to transmit a reminder message after making the computing resource for the second message accessible, based on the timing information.

**8**. The system of claim **1**, wherein the computing resource comprises at least one of: a URL, a bandwidth, processing power, storage, a screen within a software application.

**9**. A method for messaging with a specified delay, the method comprising:

receiving a messaging information from a first user device, wherein the messaging information comprises a first message, a second message and a timing information;

validating the received messaging information;

generating a computing resource for the first message and the second message;

initiating a countdown timer, based on the timing information, for access to the second message;

outputting the countdown timer within the computing resource for the first message; and

enabling access to the second message based on the countdown timer; and

enabling access to any of the first and the second message based on the timing information.

**10**. A The method of claim **9**, wherein the method comprises: making the second message accessible based on the timing information; and

making the first message accessible at a first access time that is previous to a second access time at which the second message is made accessible.

**11**. A The method of claim **9**, wherein the method further comprises: providing the generated computing resource for the first message and the second message to be stored within a local memory of the first user device.

**12**. The method of claim **9**, wherein the method further comprises:

transmitting a reminder message after making the computing resource for the second message accessible.

**13**. The method of claim **9**, wherein the computing resource comprises at least one of: a URL, a bandwidth, processing power, storage, a screen within a software application.

**14**. A non-transitory computer-readable medium comprising instructions executable by a processing resource for messaging with a specified delay, wherein the processing resource:

receives a messaging information from a first user device, wherein the messaging information comprises a first message, a second message, and a timing information;

generates a computing resource for the first message and the second message; and

enables access to the computing resource for the first and the second message based on the timing information, wherein the first message is made accessible at a first access time that is previous to a second access time at which the second message is made accessible;

wherein the processing resource further:

initiates a countdown timer, based on the timing information, for access to the second message;

displays the countdown timer within the computing resource of the first message; and

enables access to the second message based on the countdown timer.

**15**. The non-transitory computer-readable medium of claim **14**, wherein the processing resource further transmits a reminder message after making the computing resource for the second message accessible.

* * * * *